**CREATIVE TECHNOLOGY LTD., Creative Labs, Inc., Appellants**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee**

Google LLC, Motorola Mobility LLC, Lenovo (United States) Inc., Lenovo Group Ltd., Blackberry Ltd., Blackberry Corporation, HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Mobilecomm U.S.A., Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Sony Corporation, Sony Mobile Communications Inc., Sony Mobile Communications AB, Sony Mobile Communications (USA) Inc., ZTE Corporation, ZTE (USA) Inc., Intervenors

2016-2715

United States Court of Appeals, Federal Circuit.

October 13, 2017

JONATHAN DANIEL BAKER, Farney Daniels PC, San Mateo, CA, argued for appellants. Also represented by MICHAEL D. SAUNDERS, GURTEJ SINGH.

HOUDA MORAD, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, argued for all intervenors. Intervenors Google LLC, Motorola Mobility LLC, Lenovo (United States) Inc., Lenovo Group Ltd., Blackberry Ltd., Blackberry Corporation also represented by VERONICA SUSANA ASCARRUNZ, Wilson, Sonsini, Goodrich & Rosati, PC, Washington, DC. Intervenors Blackberry Ltd., Blackberry Corporation also represented by DANIEL P. MUINO, Morrison & Foerster LLP, Washington, DC; VINCENT JOSEPH BELUSKO, Los Angeles, CA.

FRED WILLIAMS, Vinson & Elkins LLP, Austin, TX, for intervenors HTC Corporation, HTC America, Inc. Also represented by JONATHAN LLOYD HARDT.

SCOTT ANDREW ELENGOLD, Fish & Richardson, PC, Washington, DC, for intervenors LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc. Also represented by CHRISTIAN A. CHU, MICHAEL J. MCKEON.

RICHARD L. RAINEY, Covington & Burling LLP, Washington, DC, for intervenors Samsung Electronics Co., Ltd., Samsung

**1034**

Electronics America, Inc. Also represented by ALEXANDER CHINOY; GREGORY SCOTT NIEBERG, New York, NY; ALICE JUWON AHN, San Francisco, CA.

MICHAEL N. RADER, Wolf, Greenfield & Sacks, PC, Boston, MA, for intervenors Sony Corporation, Sony Mobile Communications Inc., Sony Mobile Communications AB, Sony Mobile Communications (USA) Inc. Also represented by CHRISTOPHER HENRY, GERALD B. HRYCYSZYN; JAMES ALTMAN, BARBARA A. MURPHY, Foster, Murphy, Altman & Nickel, PC, Washington, DC.

LYLE BRENT VANDER SCHAAF, Brinks Gilson & Lione, Washington, DC, for intervenors ZTE Corporation, ZTE (USA) Inc. Also represented by JEFFREY J. CATALANO, RALPH JOSEPH GABRIC, Chicago, IL.

(Newman, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**